

SDB/LMF: USAO 2010R00485

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2011 JUN 21  P 3: 10

CLERK'S OFFICE
AT GREENBELT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. RWT 11 CR 0344 |
| | * | |
| MICHAEL ALLEN ALPER, | * | (Use of Interstate Commerce Facility to |
| a/k/a Michael Allen, | * | Entice Minor to Engage in Sexual |
| | * | Activity, 18 U.S.C. § 2422(b)) |
| Defendant | * | |
| | * | |

*******

## INFORMATION

The United States Attorney for the District of Maryland charges that:

Between in or about February 2010 and on or about April 1, 2010, in the District of Maryland and elsewhere, the defendant,

**MICHAEL ALLEN ALPER,**
**a/k/a Michael Allen,**

did knowingly use and attempt to use a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice and coerce an individual who has not attained the age of 18 years to engage in sexual activity for which any person could be charged with a criminal offense.

18 U.S.C. § 2422(b)

6-21-11
Date

Rod J. Rosenstein
United States Attorney