IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

\*

\*

\* Criminal No.: RWT 11-0344

\*

MICHAEL ALLEN ALPER
Defendant  \*

## DETENTION ORDER PENDING SENTENCING

The Defendant Michael Allen Alper, has pled guilty to offenses under 18 U.S.C. §2422 for use of interstate commerce facility to entice minor to engage in sexual activity for which he faces a substantial term of imprisonment.

Because the Court does not find by clear and convincing evidence that the defendant, Michael Allen Alper, is not likely to pose a danger to any other person or the community or flee, the Court is required under 18 U.S.C. Section 3143(b)(2) to order such person detained while awaiting imposition or execution of his sentence.

Therefore, IT IS HEREBY ORDERED that the defendant, Michael Allen Alper, shall be detained until sentencing on October 28, 2011 @ 1:00 p.m. or until further order of this Court.

July 6, 2011
Dated

ROGER W. TITUS
UNITED STATES DISTRICT JUDGE