IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * |
|---|---|
| v. | * CRIMINAL NO. RWT-11-0344 |
| MICHAEL ALLEN ALPER | * |
| Defendant | * |

\*\*\*\*\*\*\*

## GOVERNMENT'S SENTENCING EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| 1 | Sex offender registration photos | MAR 1 4 2012 |
| 2 | Various facebook photos of Alper | MAR 1 4 2012 |
| 3 | Alper School records | |
| 4 | Alper Resume | MAR 1 4 2012 |
| 5 | Alper Facebook Posting with minor's Picture | |
| 6 | Donna McLaren Facebook posting | MAR 1 4 2012 |
| 7 | Veronica Lacy Facebook Posting | MAR 1 4 2012 |
| 8 | Federal Docket | |
| 9 | State District Court docket | |
| 10 | State Circuit Court Docket | |
| 11 | Target Letter | |
| 12 | Home page of Dr. Rich | ✓ MAR 1 3 2012 |
| 13 | Copies of Dr. Rich's Report | ✓ |
| 14 | Copy of UMUC Report | |
| 15 | Copy of Georgetown Report | |
| 16 | Excerpts of her paper | ✓ |

| EXHIBIT NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| 17 | Steve Alper Childhood Questionnaire | |
| 18 | Jackie Twigg Childhood Questionnaire | |
| 19 | Steve Alper DMV records | |
| 20 | Jackie Twigg DMV records | MAR 1 4 2012 |
| 21 | Meredith Thoroughmann letter | |
| 22 | Plea Agreement Statement of Facts | |
| 23 | Donna McLaren GJ | |
| 24 | Report of Joshua Sussal | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |