FILED ENTERED
LOGGED RECEIVED

MAR 1 4 2012

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY                    DEPUTY

United States v. Michael Alper
RWT-11-0344

## Defendant's Exhibit List

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT |
|---|---|
| A | Family Photographs |
| B | Letter from Michael Alper's mother |
| C | Medical records from Georgetown University Hospital |
| D | School records |
| E | Childhood Questionnaires |
| F | FAS Diagnosis from University of Maryland Medical Center |
| G | Report and curriculum vitae of Susan D. Rich, M.D., MPH |
| H | Articles on FAS |
| I | Letter from Joshua Sussal, M.D., PA |
| J | Character Letters |
| K | FAS Article by Susan D. Rich, M.D., MPH |
| L | Letter from Kent Beduhn, LCSW-C |
| 1 | Updated curriculum vitae of Susan D. Rich, M.D., MPH |
| 2 | Power Point Presentation on FAS |
| 3 | Signed Report of Susan D. Rich, M.D., MPH |
| 4 | Neuropsychological Testing Results |