U.S. Department of Justice

*United States Attorney*
*District of Maryland*
*Southern Division*

*Rod J. Rosenstein*
*United States Attorney*

*LisaMarie Freitas*
*Special Assistant United States Attorney*

*400 United States Courthouse*
*6500 Cherrywood Lane*
*Greenbelt, MD 20770-1249*

*DIRECT: 301-344-4338*
*MAIN: 301-344-4433*
*FAX: 301-344-4516*
*TTY/TDD: 301-344-2426*

June 25, 2012

Hon. Roger W. Titus
United States District Court Judge
6500 Cherrywood Lane
Greenbelt, Maryland   20770

   Re: <u>United States v. Michael Alper</u>
      Case No. RWT 11-0344

Dear Judge Titus:

     The Court will recall that on March 14, 2012, the Court sentenced the defendant to 168 months for the offense of coercion and enticement of a minor.  At sentencing, the parties agreed that restitution was appropriate in this matter, and also agreed to defer any hearing on restitution for 90 days so that further investigation could be conducted by both sides.

     I write to inform the Court that, since the defendant's sentencing, counsel for both sides have met and reviewed all relevant documentation concerning restitution.  Counsel for the defendant has attempted to contact him concerning a resolution on the issue of restitution.  Counsel for Mr. Alper has had an extremely difficult time reaching the defendant at his BOP facility.  Thus, the parties respectfully request a further 90 day continuance of any restitution hearing, in the hopes that the parties, once Ms. Johnson is able to communicate with the defendant, can make a joint recommendation to the Court as to any appropriate restitution order. I have been authorized by counsel for the defendant to notify the Court that the defendant consents to the this request and waives any right to a speedy restitution hearing pursuant to 18 U.S.C. § 3664.  We respectfully ask that the Court grant this request.

                              Respectfully submitted,

                              Rod J. Rosenstein
                            United States Attorney

           By:   *LisaMarie Freitas*
                LisaMarie Freitas
                Special Assistant United States Attorney
                6500 Cherrywood Lane
                Greenbelt, Maryland 20770-1249
                301-344-4433

cc:    Julie Johnson, Esq.

APPROVED

_____
Hon. Roger W. Titus
U.S. District Court Judge

Dated:_____